> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Oct 29, 2025
> *[signature]*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cynthia Singleton – Case No. 1:16-cv-02609

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: September 30, 2025

| | |
|---|---|
| */s/ Bobby J. Bell, Jr.* | */s/ Andrea Roberts Pierson* |
| Bobby J. Bell, Jr. | Andrea Roberts Pierson |
| HOLLIS, WRIGHT, CLAY & VAIL, P.C. | Faegre Drinker Biddle & Reath LLP |
| 2201 Morris Ave. | 300 North Meridian Street, Suite 2500 |
| Birmingham, AL 35203 | Indianapolis, Indiana 46204 |
| Telephone: (205) 324-3600 | Telephone: (317) 237-0300 |
| Facsimile: (205) 324-3636 | Facsimile: (317) 237-1000 |
| Email: bob@hollis-wright.com | Email: andrea.pierson@faegredrinker.com |
| | |
| **Attorney For Plaintiff(s)** | **Attorney for Defendants** |